```
                                           FILED
                                       GREAT FALLS DIV.

   IN THE UNITED STATES DISTRICT COURT '07 DEC 20 AM 10 10
                                       PATRICK E. DUFFY, CLERK
     FOR THE DISTRICT OF MONTANA   BY _____
                                              DEPUTY CLERK
             GREAT FALLS DIVISION
```

JAN F. BECKER,

                Petitioner,

vs.

WARREN HUDSON, et al,

                Respondents.

No. CV 07-108-GF-SEH

**ORDER**

On November 16, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Judge Strong found that this Court is without jurisdiction to consider Petitioner's habeas petition because Petitioner is not confined in Montana and he was not convicted or sentenced by any Montana Court. Judge Strong recommended that the Petition be dismissed. Judge Strong also recommended that a certificate of appealability be denied because the petition is frivolous, untimely, and successive. I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Docket No. 3.

ORDERED:

1. The Petition for Writ of Habeas Corpus[2] is DISMISSED with prejudice.

2. A certificate of appealibilty is DENIED because the petition is frivolous, untimely, and successive.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 19th day of December, 2007.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.